IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DERRICK NELSON**                                                      **PETITIONER**

**v.**                                                **No. 1:24CV103-GHD-RP**

**STATE OF MISSISSIPPI**                                      **RESPONDENT**

**ORDER *DISMISSING AS MOOT* PETITIONER'S MOTIONS [3], [7]
TO STAY PROCEEDINGS; *GRANTING* PETITIONER'S MOTION [9]
TO PROCEED WITH *HABEAS CORPUS* PETITION**

This matter comes before the court on the petitioner's motions [3], [7] to stay proceedings and his motion [9] to proceed with his *habeas corpus* petition. In his motions [3], [7] to stay proceedings, the petitioner requested that the court stay proceedings until the Mississippi Supreme Court ruled on his pending application to proceed in the trial court with his state application for post-conviction collateral relief. As the Mississippi Supreme Court has now denied the petitioner's application, his motions [3] to stay proceedings are **DISMISSED** as moot. As such, his motion [9] to proceed with his *habeas corpus* petition is **GRANTED**.

**SO ORDERED**, this, the 29th day of January, 2025.

                                                           /s/ Roy Percy
                                                           UNITED STATES MAGISTRATE JUDGE