IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DERRICK NELSON**                                                                                                 **PETITIONER**

**v.**                              **No. 1:24CV103-GHD-RP**

**STATE OF MISSISSIPPI**              **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

In addition, on October 1, 2025, the petitioner filed a motion [21] to amend his petition to add a substantive claim of ineffective assistance of counsel. The motion is not well taken, as it was filed long after the State moved to dismiss the petition as untimely, as well as the petitioner's response, the State's reply and an additional brief by the petitioner. In addition, the proposed ground for relief does not address the dispositive issue in this case – the untimeliness of the petition. As such, the petitioner's motion [21] to amend his petition is **DENIED**.

**SO ORDERED**, this, the 10th day of October, 2025.

/s/ Glen H. Davidson
_____
SENIOR JUDGE